**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AARON HARRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1367** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, ET AL.** | **SECTION "L"(1)** |

**ORDER**

The Court, having considered the Report and Recommendation of the United States Magistrate Judge and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Aaron Harrell's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

It is **FURTHER ORDERED** that any claims under state law are **DISMISSED WITHOUT PREJUDICE** to their being asserted in the state courts.

New Orleans, Louisiana, this 20th day of November, 2026.

Eldon E. Fallon
UNITED STATES DISTRICT JUDGE